IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:20-CV-699-LCB-LPA

| | | |
|---|---|---|
| WOODMONT WEST MARKET, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION OF DISMISSAL *WITH* |
| | ) | PREJUDICE |
| THE CINCINNATI INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff Woodmont West Market, LLC and Defendant The Cincinnati Insurance

Company hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and all other applicable

law, that this legal action, including all claims alleged therein, are hereby dismissed with

prejudice. The parties will bear their own respective costs.

This the 15th day of September, 2022.


BAILEY & DIXON, LLP                    BUTLER WEIHMULLER KATZ CRAIG, LLP

By: /s/ David S. Coats                 By: /s/ T. Nicholas Goanos
    David S. Coats (dcoats@bdixon.com)     T. Nicholas Goanos (tgoanos@butler.legal)
    N.C. State Boar No. 16162              N.C. State Bar No. 45656
    /s/ J.T. Crook                         /s/ N. Khrystyne Smith
    J. T. Crook (jcrook@bdixon.com)        N. Khrystyne Smith (ksmith@butler.legal)
    N.C State Bar No. 35232                N.C. State Bar No. 55223
    *Attorneys for Plaintiff*              Butler Weihmuller Katz Craig, LLP
    Post Office Box 1351                   11605 N. Community House Road, Suite 150
    Raleigh, North Carolina 27602          Charlotte, North Carolina 28277
    Telephone: (919) 828-0731             Telephone: (704) 543-2321
    Facsimile:  (919) 828-6592             Facsimile: (704) 543-2324
                                           *Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Nicholas Goanos
Khrystyne Rasmussen
Butler Weihmuller Katz Craig LLP
11605 N. Community House Rd, Suite 150
Charlotte, NC 28277
Email: tgoanos@butler.legal
        ksmith@butler.legal


This the 15th day of September, 2022.

BAILEY & DIXON, LLP

By: /s/ J.T. Crook
    J.T. Crook, N.C. State Bar No. 35232
Attorney for Plaintiff
Post Office Box 1351
Raleigh, NC 27602-1351
Telephone: (919) 828-0731
Facsimile: (919) 828-6592
Email: jcrook@bdixon.com